AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>RYON MITCHELL<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 1:18-mj-0645<br>)<br>)<br>) |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 23, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael R. Antonelli, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/02/2018

_____
Judge's signature

City and state: Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

1. I, Michael R. Antonelli, am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since November 2007. I am also a Detective with the Indianapolis Metropolitan Police Department ("IMPD") and have been so employed since 2003. I have had extensive training in investigating criminal offenses, including firearms offenses. I am currently assigned to the ATF Indianapolis field office and my primary responsibility is investigating violations of federal firearms laws.

2. This Affidavit is submitted in support of a criminal complaint charging Ryon MITCHELL ("MITCHELL") with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3. The statements contained in this affidavit are based in part on information developed by ATF Special Agents ("SAs") and TFOs and Officers and Detectives of IMPD who aided in the investigation of the below-described crime. Unless otherwise noted, whenever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer or an investigator (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, any information pertaining to vehicles and registrations, personal data on subjects, and record checks, has been obtained through the Law Enforcement Automated Data System (LEADS), various state driver's license motor vehicle records, online database searches or the National Crime Information Center (NCIC) computers, and various open source databases such as LexisNexis.

4. Since this affidavit is being submitted for the limited purpose of supporting the application in this matter, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the probable

cause for the issuance of the arrest warrant sought.

5. <u>Traffic Stop of MITCHELL</u>. On May 23, 2018, at approximately 4:08 p.m., Cpt. Christopher Boomershine of IMPD was operating LIDAR (a detection system that works on the principle of radar) near 3300 Lafayette Road, Indianapolis, Indiana, when he observed a 2018 bronze Ford Explorer bearing Mississippi plate number RH585 traveling northbound at approximately 50 miles per hour ("mph") in a 35 mph speed zone. Cpt. Boomershine initiated a traffic stop in the vicinity of 3400 Lafayette Road. Upon making contact with the driver, MITCHELL, Cpt. Boomershine immediately smelled the odor of raw marijuana coming from inside the vehicle. Cpt. Boomershine learned through dispatch that MITCHELL's driver's license was suspended/infraction. (The vehicle was also occupied by a male, front seat passenger whose identity is known to me.)

6. IMPD conducted a search of the vehicle based on the strong odor of raw marijuana emanating from it. During the course of the search, Cpt. Boomershine discovered a black backpack in the middle of the seat behind the driver that contained mason jars and plastic bags that contained a green leafy material, which Cpt. Boomershine knew though his training and experience to be marijuana, as well as a digital scale. (Based on my training and experience and knowledge of this investigation, I believe that this type of packaging material/method as well as the presence of a scale are both indicators of marijuana trafficking.)

7. MITCHELL was read his Miranda Warnings and said that he understood his rights and was willing to talk to Cpt. Boomershine. MITCHELL stated that the Ford was rented for him by his father and that the backpack containing the contraband belonged to him (MITCHELL).

2

8. MITCHELL was subsequently transported to IMPD Northwest District Roll Call, located at 3821 Industrial Blvd, Indianapolis, Indiana, where he was interviewed by Narcotics Detectives Pablo Navarrette and Daniel Brezik. The interview was audio and video recorded. MITCHELL was read an "Advice of Rights" form, which he stated that he understood and later signed.

9. During the interview, MITCHELL stated, among other things, the following: When asked what had occurred, MITCHELL stated that he had been pulled over but he did not know why. MITCHELL stated that when Cpt. Boomershine asked him to step out of the vehicle he told Cpt. Boomershine: "I'm not about to lie to you, I'm already in handcuffs, the weed is in the book bag in the back seat." MITCHELL also stated that the passenger was a longtime friend who had nothing to do with this. He also stated that all of the marijuana in the car was his, adding "I take full responsibility." MITCHELL also stated that he sold approximately one (1) pound of marijuana per week and that he typically purchased one-half (1/2) of one pound of marijuana at a time. MITCHELL informed detectives that he paid approximately $1,200.00 to $1,300.00 for one half pound and $600.00 to $700.00 dollars for a quarter pound of marijuana. When asked how much marijuana was in the bag that was in the back seat of the car, MITCHELL stated that he had around a quarter pound. When asked when he had purchased the marijuana in the vehicle, he stated that he had purchased it the day before. When detectives asked how often he bought marijuana, MITCHELL stated that he would purchase more whenever he sold out.

10. Consent Search of MITCHELL's Residence. During the interview, MITCHELL stated that he stayed at his girlfriend's place at 81XX (redacted but known to me) Century Circle West, Indianapolis, Indiana, as well as his father's house. MITCHELL further stated that he had

a key to the Century Circle residence. When asked if he would consent to a search of the Century Circle residence, MITCHELL answered in the affirmative. He later signed a Consent to Search form.

11. MITCHELL told officers that he owned a rifle which was located at the Century Circle residence. MITCHELL described its location and provided a description of the rifle.

12. MITCHELL was transported to the Century Circle residence to be present during the search. Once inside the residence, MITCHELL showed Detectives Brezik and Navarrette the location of a Century Arms, 7.62 x 39mm rifle, serial number C39P2A88167, as well as several jars and bags of marijuana.

13. <u>Criminal History</u>. MITCHELL has been previously convicted of a crime punishable by more than one year imprisonment, that is: Dealing in Marijuana, on or about June 26, 2017, in Hendricks County, Indiana.

14. The above-described investigation occurred in Indianapolis, Indiana, within the Southern District of Indiana.

15. <u>Examination of Firearm</u>. On or about June 25, 2018, I spoke with a certified firearms Interstate Nexus Expert with the ATF who determined that the above-described Century Arms, 7.62 X 39mm rifle, serial number C39P2A88167, was not manufactured in the State of Indiana and therefore had traveled in interstate commerce prior to MITCHELL's possession of it on May 23, 2018.

16. <u>Conclusion</u>. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that on or about May 23, 2018, in the Southern District of Indiana, RYON MITCHELL, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm

having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Michael R. Antonelli, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed to before me this 2nd day of July, 2018.

_____
The Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana