UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 17 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. |
| RYON MITCHELL, ) | |
| Defendant. ) | 1 18-cr- 229 JMS -MJD |

### INDICTMENT

COUNT 1
[ Felon in Possession of Firearm – 18 U.S.C. § 922(g)(1) ]

The Grand Jury charges that:

On or about May 23, 2018, in the Southern District of Indiana, Indianapolis Division, the Defendant, RYON MITCHELL, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Dealing in Marijuana, in Hendricks County, Indiana, Superior Court, on or about June 26, 2017,

did knowingly possess a firearm, to wit: a Century Arms, 7.62 x 39mm rifle, serial number C39P2A88167, said firearm having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are re-alleged as if fully set forth herein, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, RYON MITCHELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which he is convicted.

A TRUE BILL:

███████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
M. Kendra Klump
Assistant United States Attorney