UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 3 0 2018
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:18-cr-00229-JMS-MJD |
| RYON MITCHELL, ) | |
| Defendant. ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Lindsay Karwoski, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *Lindsay Karwoski* (signature)
Lindsay Karwoski
Assistant United States Attorney